# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN HAILEY, | 1: 04 CV F 6609 OWW DLB |
| Plaintiff, | ORDER DISMISSING ACTION PURSUANT TO PARTIES' STIPULATION |
| v. | |
| JOANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' stipulation filed on May 17, 2005, this action is HEREBY DISMISSED with prejudice.  Each side is to bear their own costs and expenses, including attorneys' fees.

IT IS SO ORDERED.

   Dated:   **August 25, 2005**            _____ **/s/ Dennis L. Beck** _____
3c0hj8                              UNITED STATES MAGISTRATE JUDGE

1